1995R00201

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          :     Hon. William J. Martini

          v.                             :     Criminal No. 95-34

JORGE RESTREPO                    :     ORDER FOR DISMISSAL

        Pursuant to Rule 48(a) of the Federal Rules of Criminal

Procedure and by leave of court endorsed hereon, Christopher J.

Christie, the United States Attorney for the District of New

Jersey, hereby dismisses the Indictment, Criminal No. 95-34,

against defendant Jorge Restrepo, which Indictment was filed on

January 19, 1995, charging the defendant with a violation of

Title 21, United States Code, Section 846, for the reason that

further prosecution of this defendant at this time is not in the

best interests of the United States.

        This dismissal is without prejudice.

_____
CHRISTOPHER J. CHRISTIE
United States Attorney


        Leave of Court is granted for the filing of the

foregoing dismissal.

_____
HON. WILLIAM J. MARTINI
United States District Judge

6/25/08